AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| JAMIE L. CHAMBERS-POPE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-00636 |
| PMAB, LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JAMIE L. CHAMBERS-POPE .

Date: 03/22/2019

s:/ Taxiarchis Hatzidimitriadis
*Attorney's signature*

Taxiarchis Hatzidimitriadis, #6319225
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

thatz@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*